

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00255-CV

## IN RE JOSIE MARTINEZ, INDIVIDUALLY
## AND AS PERSONAL REPRESENTATIVE
## OF THE ESTATE OF RUDY MARTINEZ, SR.

### Original Proceeding

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 375610

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on August 24, 2023. In the Petition, relator requested relief from certain orders of the trial court. On September 28, 2023, this Court referred the proceeding to mediation. The parties to the proceeding have now filed an agreed motion to dismiss the Petition, asserting that the parties have reached an agreement and have "fully and finally settled the dispute."

Accordingly, Relator's Petition for Writ of Mandamus is dismissed. Further, pursuant to the parties' agreement, all costs associated with the proceeding in this Court are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition dismissed
Opinion delivered and filed December 7, 2023
[CV06]

